JAN 29 2008
CHAMBERS OF
DENISE COTE



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BROOKE BIRNBAUM
*Assistant Corporation Counsel*
(212) 676-1347
(212) 788-9776 (fax)
bbirnbau@law.nyc.gov

January 28, 2008

**BY HAND**
Honorable Denise L. Cote
United States District Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

Re:   Morant v. The City of New York et al. 08-cv-00007 (DLC)(DCF)

Your Honor:

      As the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the above-referenced matter, I write to respectfully request that the Court adjourn the initial conference currently scheduled for April 11, 2008. The reason for this request is that the undersigned is getting married and will be out of the office from April 9, 2008 through April 16, 2008. If the Court is inclined to grant this request, the parties respectfully request that the conference be adjourned to a date and at a time convenient for the Court after April 29, 2008.[1] Plaintiff's counsel, Mr. Richard Cardinale, consents to this request.

      I thank Your Honor for considering the within request.

Respectfully submitted,

Brooke Birnbaum (BB 8338)
Assistant Corporation Counsel

cc:   Mr. Richard Cardinale, Esq. (by fax)

*The conference is adjourned to May 9 at 9:30 a.m.*

*Denise Cote*
*Feb. 4, 2008*

---

[1] Plaintiff's counsel, Mr. Richard Cardinale, will be out of the office April 20, 2008 through April 28, 2008.