```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
PATRICK MORANT,                           :   08 CIV. 007 (DLC)
                    Plaintiff,            :
                                          :   PRETRIAL
        -v-                               :   SCHEDULING ORDER
                                          :
THE CITY OF NEW YORK, DETECTIVE MARTIN,   :
and POLICE OFFICERS JOHN DOES 1-2,        :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-14-08

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on May 8, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **May 16, 2008**.

2. No additional parties may be joined or pleadings amended after **June 13, 2008**.

3. The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **June 20, 2008** in order to pursue settlement discussions under her supervision.

4. All fact discovery must be completed by **October 10, 2008**.

5. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **November 21, 2008**
   - Opposition served by **December 12, 2008**
   - Reply served by **December 19, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

6.    In the event no motion is filed, the Joint Pretrial Order must be filed by **November 21, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:    New York, New York
             May 13, 2008

                                          _____
                                                DENISE COTE
                                     United States District Judge