UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

PATRICK MORANT,

                                Plaintiffs,

        -against-

THE CITY OF NEW YORK, DETECTIVE MARTIN,
POLICE OFFICERS JOHN DOES 1 & 2,

                              Defendants.

------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

08-cv-00007 (DLC)(DCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

        **WHEREAS**, plaintiff PATRICK MORANT commenced this action by filing a complaint in or about January 2, 2008 alleging that certain of his federal and state rights were violated; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations;

        **WHEREAS**, plaintiff and defendant now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **WHEREAS**, no party herein is an infant or incompetent for whom a committee has been appointed; and

        **WHEREAS**, plaintiff PATRICK MORANT has authorized counsel to settle this matter as against defendants on the terms enumerated below:

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed as against defendant, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum **Twenty Thousand Dollars ($20,000)** in full satisfaction of all claims as against defendant City of New York, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants City of New York, Detective Martin, and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff PATRICK MORANT shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No/Concerning Liens, whichever is applicable.

4. Other than as set forth in paragraph "2" above, plaintiff PATRICK MORANT and his counsel, or any party in privity with either of them, shall have no recovery for any damages, injury, equitable or other relief, or fees or costs in connection therewith.

5. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         May 13, 2008

| | |
|---|---|
| Mr. Richard Cardinale, Esq.<br>Attorney for Plaintiff<br>Cardinale & Marinelli<br>26 Court Street<br>Suite 1815<br>Brooklyn, NY 11242<br>(718) 624-9391 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 3-142<br>New York, New York 10007<br>(212) 676-1347 |
| By: _____<br>    RICHARD CARDINALE, ESQ. | By: _____<br>    BROOKE BIRNBAUM<br>    Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.

June 2, 2008